IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                   March 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
Chief, United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                            CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

_____

By order of the Court, the United States shall present, via fax, documentary evidence of the positions occupied by persons authorized to sign cease and desist orders during the relevant time periods and copies of deeds or of lease agreements for the San Juan Bay Marina, Inc.  Parties to be notified.

*mrl* - Secretary

s/c E. Rosario
   C. Lopez
   M. Ramirez

3-27-00