IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                March 31, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
Chief, United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

---

By order of the Court, the record shall reflect that, in compliance with the Court's order (see docket entry 72), the United States submitted, via fax, documentary evidence of the positions occupied by persons authorized to sign cease and desist orders during the relevant time periods and copies of deeds or of lease agreements for the San Juan Bay Marina, Inc.

- Secretary