IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

SAN JUAN BAY MARINA, INC.
SHOOTERS WATERFRONT CAFÉ, INC.
EDUARDO FERRER AS PRESIDENT OF
BOTH CORPORATIONS

Defendants

CIVIL 96-2284CCC



## JUDGMENT

For the reasons stated in the Opinion and Order issued on this same date, Judgment is entered in favor of the United States of America and against defendants San Juan Bay Marina, Inc., Shooters Waterfront Café, Inc., Eduardo Ferrer as president of both corporations. Defendants are hereby ORDERED to expeditiously and without further delay remove all referenced structures mentioned in all six claims to wit:

1) a contingently authorized 40 x 80 feet platform which was actually built to dimensions of 97 x 57 feet in violation of Permit No. 199250101,

2) that portion of the pier reconstruction of Nationwide Permit #3 which exceeds the original dimensions,

3) the platform, with a minimum size of 2,800 square feet built without the Corps permit after issuance of the Cease and Desist Order,

CIVIL 96-2284CCC                                         2

4) the 300 x 5 feet pier constructed without a permit and restore the navigable waters of the United States to their pre-construction condition; removing all material, wood, concrete, plastic or construction-related debris in a sound and environmentally correct manner, said materials to be deposited in an upland site previously approved by the Corps.

The defendants are permanently enjoined from further construction in navigable waters of the United States without first having obtained permits from the Corps and after complying with all conditions imposed by said permits.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 31, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)