IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

SAN JUAN BAY MARINA, INC.
SHOOTERS WATERFRONT CAFÉ, INC.
EDUARDO FERRER AS PRESIDENT OF
BOTH CORPORATIONS

Defendants

CIVIL 96-2284CCC



## ORDER

Having considered defendants' Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (**docket entry 78**), the same is DENIED.

Defendants' Motion for Stay Pending Reconsideration (**docket entry 79**, see also plaintiff's Opposition, **docket entry 80**), the same is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on May 11, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)