IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 96-2284(CC) |
| Plaintiffs | |
| v. | |
| SAN JUAN BAY MARINA, INC.; SHOOTERS WATERFRONT CAFE, INC.; EDUARDO FERRER as president of both Corporations | |
| Defendants | |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COME NOW, defendants through the undersigned attorneys and very respectfully state, allege and pray as follows:

Notice is hereby given that all defendants in the above captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the "Order denying defendants' motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure" (docket entry 81), issued by the District Court for the District of Puerto Rico on the 11TH day of May, 2000 and filed on May 15, 2000.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17TH day of May, 2000.

**I HEREBY CERTIFY** that on this date a true and exact copy of this motion was sent to plaintiff's counsel: **Edna C. Rosario-Muñoz**, U.S. Attorney's Office, Room 452, Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918.

RAMIREZ LAVANDERO, LANDRON & VERA, L.L.P.
151 Fortaleza Street, Suite PH-2
Old San Juan, Puerto Rico 00901
Telephone: (787) 725-1015

EDUARDO A. VERA RAMIREZ
USDC-PR-209713

r:\0608-02.03\EVR\kc