IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>SAN JUAN BAY MARINA, INC.;<br>SHOOTERS WATERFRONT CAFE, INC.;<br>EDUARDO FERRER as president of<br>both Corporations<br><br>Defendants | CIVIL NO. 96-2284(CC) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COME NOW, defendants through the undersigned attorneys and very respectfully state, allege and pray as follows:

Notice is hereby given that all defendants in the above captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the judgement issued by the District Court for the District of Puerto Rico on the 31TH day of March, 2000 (entered on April 7, 2000, docket 77) and the "Order denying defendants' motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure" (docket entry 81), issued by the District Court for the District of Puerto Rico on the 11TH day of May, 2000 and filed on May 15, 2000.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of May, 2000.

**I HEREBY CERTIFY** that on this date a true and exact copy of this motion was sent to plaintiff's counsel: **Edna C. Rosario-Muñoz, U.S.**

Attorney's Office, Room 452, Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918.

> **RAMIREZ LAVANDERO, LANDRON & VERA, L.L.P.**
> 151 Fortaleza Street, Suite PH-2
> Old San Juan, Puerto Rico 00901
> Telephone: (787) 725-1015

*[signature]*

**EDUARDO A. VERA RAMIREZ**
USDC-PR-209713

*[handwritten:]*
s/c E. Rosario
J. Rivera
C. Chavas
C. Lopez
M. Ramirez
Appeals Clerk
5-22-00

2