IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS               March 6, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                                CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

---

By order of the Court, the Court of Appeals having affirmed the judgment entered on March 31, 2000 (**docket entry 77**), see U.S. v. San Juan Bay Marina, ___ F.3d ___, 2001 WL 128454 (1st Cir. 2001), the Motion to Stay Judgment Pending Appeal (**docket entry 85**) and for Leave to File Reply (**docket entry 87**) filed by defendants are DENIED AS MOOT. Parties to be notified.

s/cs:to ( 3 )
attys/pts
in ICMS

- Secretary

MAR - 9 2001