IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC.
SHOOTERS WATERFRONT CAFÉ, INC.
EDUARDO FERRER AS PRESIDENT OF
BOTH CORPORATIONS

Defendants

## ORDER

The United States' Urgent Motions Requesting Compliance With Judgment of This Court (docket entries 88 & 89) are GRANTED. The March 31, 2000 Judgment (**docket entry 77**), affirmed on appeal, see U.S. v. San Juan Bay Marina, __ F.3d __, 2001 WL 128454 (1st Cir. 2001), ordered defendants San Juan Bay Marina, Inc., Shooters Waterfront Café, Inc. and Eduardo Ferrer as president of both corporations, "to expeditiously and without further delay remove all referenced structures." Accordingly, should defendants fail to comply with this judgment within the final term of thirty (30) days after notice of this Order, plaintiff can request the Court that they be found in contempt.

The Motion for Relief From Judgment Under Rule 60 of Federal Rules of Civil Procedure filed by defendants (**docket entry 91**) is DENIED AS MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on March 7, 2001.

s/cs:to ( 2 )
attys/pts
in ICMS
MAR - 9 2001

CARMEN CONSUELO CEREZO
United States District Judge