# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    May 10, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
Chief, United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                              CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

---

    By order of the Court, defendants' Motion in Compliance With Order Dated March 7, 2001 (**docket entry 98**) and the United States' Informative Motion in Response to Defendant's Motion in Compliance With Order Dated march 7, 2001 (**docket entry 99**) are NOTED. The record shall so reflect.

                                              ╱ - Secretary

s/cs:to ( 3 )
attys/pts
in ICMS

MAY 1 4 2001

