## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                              CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC.
SHOOTERS WATERFRONT CAFÉ, INC.
EDUARDO FERRER AS PRESIDENT OF
BOTH CORPORATIONS

Defendants

## O R D E R

Having considered the United States' Motion Requesting Order (**docket entry 101**), it is hereby ORDERED that personnel from the U.S. Army Corps of Engineers enter the premises and property of San Juan Bay Marina in order to inspect the area and take photographs of structures in question in order to assess compliance with the Court's Order directing removal of all non-authorized structures (see docket entry 95).

SO ORDERED.

At San Juan, Puerto Rico, on May 10, 2001.

s/cs:to ( )
attys/pts
in ICMS
MAY 1 4 2001

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)