IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                             June 12, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
Chief, United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

———————————————————

By order of the Court defendants shall file their response to the United States' Motion Submitting Outcome of Inspection and Requesting that Defendants be Found in Contempt (**docket entry 104**) within the term of fifteen (15) days after notice. The government's Motion and the opposition yet to be filed are referred to the U.S. Magistrate Judge for an evidentiary hearing and report and recommendation to the Court. Parties to be notified.

                                                      - Secretary

s/cs:to (3)
attys/pts
in ICMS

JUN 14 2001