IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

SAN JUAN BAY MARINA, et al.

Defendants

CIVIL NO. 96-2284(CCC)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| United States Motion Submitting Outcome of Inspection and Requesting that Defendants be Found in Contempt, 6-01-01 & United States Supplementary Motion Submitting Outcome of Inspection and Requesting That Defendants be Found in Contempt, 6-11-01. | 104 105 | An evidentiary hearing on the matter of contempt is set for Wednesday, August 8, 2001 at 9:30 A.M. in my courtroom on the 4th floor of the Federal Building in Hato Rey, Puerto Rico. |

In San Juan, Puerto Rico, this 6th day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cc:to (7)
attys/pts
in ICMS

JUL 17 2001