IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

SAN JUAN BAY MARINA, et al.

Defendants

CIVIL NO. 96-2284(CCC)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Notice of Appearance, 06-15-01. | 107 | Noted. |

In San Juan, Puerto Rico, this 19th day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to (3)
attys/pts
in ICMS

JUL 20 2001