IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

SAN JUAN BAY MARINA, et al.

Defendants

CIVIL NO. 96-2284(CCC)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Defendants' Motion in Opposition to Plaintiff's Motion Requesting That Defendants be Found in Contempt of Court, 06-15-01. | 108 | An evidentiary hearing on the matter of contempt is set for Wednesday, August 8, 2001, at 9:30 a.m., in my courtroom on the 4th floor of the Federal Building, in Hato Rey, Puerto Rico. |

In San Juan, Puerto Rico, this 24th day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to ( 3)
attys/pts
in ICMS 2001
JUL 26 2001