IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.                                                          CIVIL NO. 96-2284(CCC)

SAN JUAN BAY MARINA, et al.

Defendants

## HEARING REPORT

At today's hearing, plaintiff was represented by Camille Vélez Rivé, Assistant United States Attorney, defendants by Marcos Ramírez Lavandero and Donato Rivera, Esqs.

After a meeting held in chambers, and upon agreement of the parties, Eduardo Ferrer Bolívar, Shooters Waterfront Restaurant and San Juan Bay Marina are to be found in contempt by the court, and further action related to punishment should be held in abeyance until December 10, 2001 in order to give the defendants the opportunity to comply with the following schedule.

No later than August 22, 2001, the defendants are to submit to the United States for approval a plan for the removal of all structures contemplated in the court's order of March 31, 2000 (Docket No. 77), affirmed by the court of appeals. (Docket No. 100.) The defendants are granted 60 days from today to begin removing those structures. They are also granted an additional 60 days to finish removing such structures, so that all contemplated structures should be removed by December 10, 2001.

In view of the above, the court is invited to find the defendants in contempt of its March 31, 2000 order, and to hold punishment in abeyance.

In San Juan, Puerto Rico, this 8th day of August, 2001.

s/cs:to ( 3 )
attys/pts
in ICMS

AUG - 9 2001

JUSTO ARENAS
United States Magistrate Judge