IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

SAN JUAN BAY MARINA, et al.

Defendants

CIVIL NO. 96-2284(CCC)

# ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| United States' Motion Requesting On-Site Visual Inspection of Premises of San Juan Bay Marina, 07-26-01. | 112 | Moot. |
| Motion for Leave to Withdraw Legal Representation, 07-27-01. | 113 | Granted. |

In San Juan, Puerto Rico, this 8th day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to (7)
attys/pts
in ICMS

AUG 1 3 2001