# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    October 26, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                    CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

_____

By order of the Court the Motion for Leave to Appear Pro Hac Vice (**docket entry 118**) is GRANTED subject to payment of pro hac vice fee. Parties to be notified.

                                          _____ - Secretary


