# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          January 14, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                    CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

---

By order of the Court the United States is hereby ORDERED to respond to defendants' Response to United States' Motion of December 17, 2001 and Motion Requesting a Status Conference Before a Magistrate (**docket entry 121**) within ten (10) days after notice. Parties to be notified.

~~~ - Secretary

