IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**     February 5, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                                   CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

By order of the Court defendants' Motion for Permission to File Reply and for Extension of Time (**docket entry 124**) is GRANTED until February 12, 2002. Parties to be notified.

— Secretary

s/cs:to ( 4 )
attys/pts
in ICMS

FEB - 6 2002