# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    June 11, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                         CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

By order of the Court the following motions are referred to U.S. Magistrate Judg Gustavo A. Gelpí for consideration: United States' Motion Notifying Status of Demolition and Requesting Punishment Against Defendants for Contempt, defendants' Response to United Stes' Motion of December 17, 2001 and Motion Requesting a Status Conference Before a Magistrate, United States' Motion in Compliance with Court's Order, and Reply to United States' Motion in Compliance with Court Order (**docket entries 120, 121, 123 and 126**). The docket shall so reflect.

s/cs:to ( )
attys/pts
in ICMS

⁓ - Secretary

JUN 1 2 2002

