IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.                              CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et al.,

Defendants

_____

## ORDER

A hearing on the *United States' Motion Notifying Status of Demolition and Requesting Punishment Against Defendants for Contempt* (Docket No. 120) is hereby set for **Thursday, July 11, 2002 at 10:00 a.m.**.

Should any of the parties intend to present any documentary or testimonial evidence in support of its respective position, it shall duly notify the Court, via motion, five (5) working days in advance of the hearing. If testimonial evidence is to be presented, the party shall state in the motion the name of the witness, the nature of the testimony and an estimate of the duration of said testimony.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of June, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge