IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.                               **CIVIL NO. 96-2284 (CC)**

SAN JUAN BAY MARINA, INC., et. al.,

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: July 2, 2002 | The contempt hearing in this case is hereby **RESET** for **Friday, August 9, 2002 at 10:00 a.m.**. |
| Title: Defendant's Urgent Motion for Rescheduling of Hearing | |
| Docket No.: | |
| [ ] Plff  [x] Defs    [ ] Other | |
| Date: July 8, 2002 | /s/ V.J.M.J.<br><br>GUSTAVO A. GELPI<br>United States Magistrate Judge |

s/cs:to ( ✓ )
attys/pts
in ICMS

JUL 1 2 2002