IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.                                            CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et. al.,

Defendant

### ORDER

On July 2, 2002, defendants filed an *Urgent Motion for Rescheduling of [Contempt] Hearing*, which was granted by the Court on July 8, 2002.

On this date, however, a witness subpoenaed by the defendant(s), Engineer Gregorio Hernández, appeared before the Court. Mr. Hernández was not notified that the hearing he was scheduled to testify was reset to a future date.

Wherefore, the Court hereby **ORDERS** the defendant(s) who subpoenaed Mr. Hernández to **SHOW CAUSE** within five (5) days as to why they should not be ordered to pay Mr. Hernández' expenses and lost time, and/or be sanctioned.

**SO ORDERED.**

In San Juan, Puerto Rico this 11th day of July, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge