IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.                                             CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et. al.

Defendants

## ORDER

The contempt hearing in this case is hereby **RESET** for **Monday, August 19, 2002 at 9:00 a.m.**. Defendants' motion requesting the same (Docket No. 133) is **GRANTED**.

No further motions for the rescheduling of this case shall be granted by the Court. The Court forewarns both the parties and counsel to make all necessary arrangements to be present at the hearing.

If necessary, the hearing will continue on August 20 or 21, 2002. Thus, the parties and counsel must be available on those dates as well.

**SO ORDERED**.

At San Juan, Puerto Rico, this 30th day of July, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge

s/cs:to ( ✓ )
attys/pts
in ICMS
7/31/02