IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.                              CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et al.,

    Defendants

---

## MINUTES OF PROCEEDINGS AND ORDER

    A contempt hearing was held today before the undersigned. The Untied States was represented by AUSA Camille Vélez-Rivé. Also present was attorney Noel Acevedo-Méndez, assistant district counsel for the U. S. Army Corps of Engineers. Defendants were represented by attorneys Marcos A. Ramírez-Lavandero and Donato Rivera de Jesús.

    After consulting with their respective engineers, the parties agreed, and the Court approved, the following:

    (i)    The remaining structures shall be removed to the U. S. Army Corps of Engineers' satisfaction within one hundred eighty (180) days from the entry of this order.

    (ii)    During this time, defendants shall <u>actively</u> make all necessary arrangements, as well as hold the necessary meetings, to comply in a timely fashion with the Court's order.

    (iii)    Defendants shall file with the Court an updated activity report every forty five (45) days from the entry of this order, until the time the remaining structures are removed, as agreed to by the parties.

    <u>The failure to comply with this order shall result in the imposition of additional contempt sanctions</u>.

    The Court shall hold in abeyance the matter of sanctions from the Court's August 8, 2001 order (Docket No. 114) until this date.

    The Court's show cause order to July 11, 22002 (Docket No. 132) is hereby **VACATED**, in light of the fact that Engineer Gregorio Hernández is defendants' expert in this case.

CIVIL NO. 96-2284 (CCC)                    2

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of August, 2002.

*[signature]*
U.S.M.J.

GUSTAVO A. GELPI
United States Magistrate-Judge

s/cs:to ( ✓ )
attys/pts
in ICMS

AUG 2 0 2002

*[signature]*