IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                          CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC.
SHOOTERS WATERFRONT CAFÉ, INC.
EDUARDO FERRER AS PRESIDENT OF
BOTH CORPORATIONS
Defendants

**ORDER**

Having considered the Minutes of Proceedings and Order filed on August 20, 2002 (**docket entry 138**) by U.S. Magistrate Judge Gustavo A. Gelpí, the United States' Motion Notifying Status of Demolition and Requesting Punishment Against Defendants for Contempt (**docket entry 120**), which sets forth the parties' agreement on the matters raised in the contempt motion, the same is DENIED, without prejudice of reinstating the it if defendants do not comply with the conditions of the agreement approved in the August 20, 2002 Order.

SO ORDERED.

At San Juan, Puerto Rico, on August 28, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 4 )
attys/pts
in ICMS

AUG 29 2002