IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**     November 25, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                          CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

    By order of the Court the following motions are referred to U.S. Magistrate Judge Gustavo A. Gelpí for disposition: United States' Motion Related to Defendants' Non-compliance with Court's Order of August 20, 2002 filed on October 26, 2002 and San Juan Bay Marina's Informative Motion and Progress Report filed on November 4, 2002 (**docket entries 140 and 141**). The docket shall so reflect.

                                                        - Secretary

s/cs:to ( )
attys/pts
in ICMS

NOV 27 2002