IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.                        CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et. al.

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: October 16, 2002<br><br>Title: United States' Motion Related to defendants' Non-Compliance With Court's Order of August 20, 2002<br><br>Docket No.: 140<br><br>[x] Plffs  [] Defs   [ ] Other | Having reviewed both motions, the Court hereby **ORDERS** the parties to meet at the U. S. Attorney's Office within ten (10) days in order to discuss the alternative(s) proposed by defendant. The result of said meeting shall be notified immediately to the Court via joint motion. If no agreement is reached, the defendant is **ORDERED** to timely correct the situation as previously ordered by the Court on August 19, 2002 (see Docket No. 138). The Court admonishes defendant that economic feasibility is no excuse for not complying with the court's orders. |
| Date Filed: November 4, 2002<br><br>Title: San Juan Bay Marina's Informative Motion and Progress Report<br><br>Docket No. 141<br>[ ] Plffs  [x] Defs   [ ] Other | The Court further reminds defendant that its next progress report is due forty five (45) days from the date the first report was due. Any unexcused failure to timely file this report shall result in sanctions. |

Date: November 27, 2002
s/cs:to (3)
attys/pts
in ICMS

DEC - 3 2002

                                                  GUSTAVO A. GELPI
                                                  United States Magistrate Judge