IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.                        CIVIL NO. 96-2284 (CCC)

SAN JUAN BAY MARINA, INC., et. al.

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: December 19, 2002<br><br>Title: Joint Motion in Compliance With Court's Order of December 13, 2002<br><br>Docket No.: 145<br><br>[x] Plffs and [x] Defs [ ] Other | **NOTED.** |
| Date Filed: December 11, 2002<br><br>Title: Motion Requesting Withdrawal as Legal Counsel<br><br>Docket No.: 144<br><br>[ ] Plffs [x] Defs [ ] Other | **GRANTED.** The Clerk of Court and counsel shall notify any future orders and motions to attorney Donato Rivera de Jesús. |

Date: January 21, 2003

                                      U.S.M.J.

                              GUSTAVO A. GELPI
                            United States Magistrate Judge

