# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  June 16, 2003

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs   CIVIL 96-2284CCC

SAN JUAN BAY MARINA, INC., et al

Defendants

By order of the Court the Notice of Satisfaction of Judgment filed by the United States of America on June 3, 2003 (**docket entry 147**) is NOTED. The docket shall so reflect.

— Secretary

s/cs:to ( )
attys/pts
in ICMS

JUN 18 2003